914 F.2d 242
 Fasick (Frederick W.)
v.
Pennsylvania Truck Lines, Officers, Personnel Director &
Other Agents involved in Administration, National Master
Freight Collective Bargaining Agreement, Central PA. Over
the Road and Local Cartage Supplemental Agreement,
International Brotherhood of Teamsters, Chauffeurs,
Warehousemen and Helpers of America, Chauffeurs, Teamsters
and Helpers, Local Union 776, Business Agents, Officers &
Agents Responsibile for Implementation and Admin. of Nat.
 NO. 90-5165
 United States Court of Appeals,
Third Circuit.
 AUG 17, 1990
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 AFFIRMED.